UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS CHICAGO

IN RE: RUSSELL LEE G ) CHAPTER 13
       RUSSELL LINDA J )
) CASE NO. 11-25147
Debtor(s). )

## RESPONSE TO NOTICE OF FINAL CURE PAYMENT

Now comes Green Tree Servicing LLC, pursuant to Bankruptcy Rule 3002.1 (g) and for its Response to the Trustee's Notice of Final Cure Payment states as follows:

[X] The Creditor's Authorized Agent concurs that all prepetition arrears have been paid in full and the Debtor(s) are current in post petition payments.

[ ] The Creditor's Authorized Agent concurs that all prepetition arrears have been paid in full, but the Debtor(s) are DELINQUENT in post petition payments. The payments are past due for in the amount of :

    Principal & Interest:
    _____
    Escrow Charges:
    _____
    Other Charges:

    Total Due:
    _____.

[ ] The Creditor's Authorized Agent denies that all pre petition arrears have been paid. According to the records of the Creditor, an arrears claim was filed in the amount of $_____ and the Trustee has paid a total of $_____. See ECF Claim No. _____. In addition, the Debtor(s) are DELINQUENT in post petition payments. The payments are past due for _____, 2014 in the amount of $_____:

    Principal & Interest:
    $_____
    Escrow Charges:
    $_____
    Other Charges:    $_____

    Total Due:
    $_____.

[ ] The Creditor's Authorized Agent denies that all prepetition arrears have been paid. According to the records of the Creditor, an arrears claim was filed in the amount of $_____ and the

Trustee has paid a total of $_____. See ECF Claim No. _____. The Debtor(s) are current in post petition payments. The next payment is due _____, 2014 in the amount of $_____ which is comprised of $_____ principle and interest, $_____ escrow charges, and $_____ other charges.

                    By :
                    /s/ Jamie Crawford
                    BK Rep
                    Green Tree Servicing LLC
                    PO BOX 6154
                    Rapid City, South Dakota 57709-6154

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS CHICAGO**

IN RE:  RUSSELL LEE G
        RUSSELL LINDA J                    NO. 11-25147

## CERTIFICATE OF SERVICE

    I, Jamie Crawford, do hereby certify that I have served a true and correct copy of the **RESPONSE TO NOTICE OF FINAL CURE PAYMENT** filed by Green Tree Servicing LLC on 8/11/14 via ECF notification service Lee G Russell, Linda J Russell, 18018 Oakwood, Lansing, IL 60438; Joseph R Doyle, joe@bizardoylelaw.com; Marilyn O Marshall, courtdocs@chi13.com.

    DATED:  This the 11th day of August, 2014.


                                            /s/  Jamie Crawford


Jamie Crawford
Bankruptcy Specialist
Green Tree Servicing, LLC
P.O. Box 6154
Rapid City, SD 57703